UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN NOE TORRES ORTIZ,

              Petitioner,

v.

KEVIN RAYCRAFT et al.,

              Respondents.

_____/

Case No. 1:26-cv-124

Hon. Hala Y. Jarbou

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion titled "expedited consideration requested for stay of removal and immediate release of Petitioner" (ECF No. 6) is **DENIED.**


Dated: February 2, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE